UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

LILLIANA VELIZ

Case No. CR16-0287JLR

ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion of the Defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion (Dkt. # 891) is DENIED after complete review of the motion on the merits.

Factors considered included: Defendant's age–32; Defendant's medical conditions including asthma with use of an inhaler and substance abuse including tobacco and drugs; the conditions in Defendant's BOP facility; Defendant's Compassionate Release Investigation; Defendant's November 13, 2017 sentence of 72 months and projected release date of March 12, 2022; Defendant's § 3553(a) factors; Defendant's attorney's representation that Defendant is no longer dangerous and Defendant's criminal history and current sentences from Skagit and Whatcom counties; and Defendant's violation history while in custody. The court concludes that Defendant has not established extraordinary and compelling reasons to support her motion.

//
//
//
//

2

Therefore, the motion (Dkt. # 891) is DENIED.

IT IS SO ORDERED.

Dated:  February 8th, 2021

                                              JAMES L. ROBART  
                                              United States District Judge