HONORABLE JAMES ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,          )   No. CR16-287 JLR
                                   )
          Plaintiff,               )
                                   )
     v.                            )   (PROPOSED) ORDER GRANTING
                                   )   MOTION FOR TERMINATION OF
LILLIANA VELIZ,                    )   SUPERVISED RELEASE
                                   )
          Defendant.               )
                                   )

This matter has come before the Court on Ms. Puente's (nee Veliz), motion to terminate her remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Ms. Veliz's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 3RD day of ___March___, 2026.

_____
JAMES ROBART
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Brent Hart*
Attorney for Lilliana Puente

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(US v LILLIANA VELIZ/ *CR16-287 JLR*) - 1

**HART JARVIS MURRAY CHANG, PLLC**
155 NE 100th St. Suite 210
Seattle, Washington 98125
(206) 735-7474